UNITED STATES DISTRICT COURT  
FOR THE  
**EASTERN DISTRICT OF NORTH CAROLINA**  
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

v.                                                      Crim. No. 7:10-M-1009-1

JULIE ANN BIPPUS

On August 11, 2010, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Dennis E. Albertson  
Dennis E. Albertson  
Senior U.S. Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __29__ day of __April__, 2011.

Robert B. Jones, Jr.  
U.S. Magistrate Judge